IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:   CARLENE B. JONES                                      CASE NO: 2:06-bk-70346 B
         Debtor                                                                Chapter 13

## CHAPTER 13 ORDER
## REVOKING PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month. It appears to the court that other arrangements have been made.

IT IS ORDERED that the Chapter 13 Order to Pay Trustee previously entered directing

HICKORY SPRINGS
4925 STATE LINE RD
FORT SMITH, AR  72902

to withhold sums of money from the pay of the debtor should be, and hereby, is revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee.

Date:  May 17, 2011                               /s/ Ben T. Barry
                                                  Ben T. Barry
                                                  United States Bankruptcy Judge


cc:  Joyce Bradley Babin
     Lee Kuykendall, P.A.
     Carlene B. Jones

GO 11-1/ sm